**Order entered July 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00951-CV

**CITY OF DALLAS, Appellant**

**V.**

**HIGHWAY 205 FARMS, LTD. AND
MAURICE E. MOORE, JR., Appellees**

**and**

**IN RE CITY OF DALLAS, Relator**

**On Appeal from the County Court
Kaufman County, Texas
Trial Court Cause No. 84262CC**

## ORDER

In accordance with Court's opinion issued this date in this consolidated appeal and petition for writ of mandamus, we **CONDITIONALLY GRANT** mandamus relief. The Court **ORDERS** the trial judge of the County Court at Law, Kaufman County, Texas to **VACATE** his April 17, 2013 order granting defendants' motion to dismiss for want of prosecution without prejudice. We **DIRECT** the trial judge to reinstate the case.

Should the trial court fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order in compliance with this order.

We **ORDER** that City of Dallas recover their costs of this proceeding from Highway 205 Farms, Ltd. and Maurice E. Moore, Jr.


/s/     DAVID EVANS
          JUSTICE